UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EDDIE F. POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| NASH COUNTY DEPARTMENT OF ) | No. 5:14-CV-281-FL |
| SOCIAL SERVICES and WANDA T. ) | |
| WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge, to which no objections were timely filed..

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on August 14, 2014, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 14, 2014, and Copies To:**

Eddie F. Powell (via U.S. Mail) 417 Villa Street, Apartment 3C, Rocky Mount, NC 27803


August 14, 2014                    JULIE A. RICHARDS, CLERK
                                    /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk